# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR.  S 05-497 GEB |
| ) | |
| ARLINE MARIAN ROGERS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: **ARLINE  MARIAN  ROGERS**

Detained at (custodian): Valley State Prison for Women - Chowchilla

Detainee is:   a.)   (X) charged in this district by:
    (X) Indictment     ( ) Information     ( ) Complaint

Charging Detainee With: **Bank Fraud; Misuse of a Social Security Number**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **on February 28, 2006 at 2:00 p.m.**, in the Eastern District of California.*

Signature: /s/ Michelle Rodriguez
Printed Name & Phone No: AUSA  Michelle Rodriguez    (916) 554-2800
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on February 28, 2006 at 2:00 p.m.*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 9, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | Female X |
| Booking or CDC #: | X13878 | DOB: | 1981 |
| Facility Address: | 21633 Avenue 24 | Race: | |
| | Chowchilla, CA 93610-0099 | FBI #: | |

Facility Phone: _____559.665.6100_____

Currently Incarcerated For: _____

---

**RETURN OF SERVICE**

Executed on _____ by _____    _____
                                                                                                                                                                         (Signature)