**ERIN RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
ARLINE MARIAN ROGERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-cr-00497 |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE |
| ) | OF JUDGMENT AND SENTENCING |
| vs. ) | AND MODIFICATION OF SCHEDULE |
| ) | FOR FILING OBJECTIONS TO |
| ARLINE MARIAN ROGERS, ) | PRESENTENCE REPORT; |
| ) | PROPOSED ORDER |
| Defendant. ) | |
| _____ ) | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through her undersigned counsel, hereby agree and stipulate that judgment and sentencing, currently scheduled for October 20, 2006 at 9:00 a.m. should be vacated and continued to November 17, 2006 at 9:00 a.m. and that the schedule for filing of objections to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | October 20, 2006 |
| Motion for correction of the pre-sentence report | November 3, 2006 |
| Reply, or statement of non-opposition | November 10, 2006 |

This continuance is necessary because counsel for defendant was appointed after the pre-sentence report was completed and is therefore new to the case.  Counsel therefore needs additional time to review the pre-sentence report and obtain and review relevant portions of the case file.

Counsel for the government has no objection to the continuance and has authorized the signing of the stipulation.

Dated: _____          McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/
                                MICHELLE RODGRIGUEZ
                                Assistant U.S. Attorney

Dated: _____          /s/
                                ERIN RADEKIN
                                Attorney for Defendant
                                ARLINE MARIAN ROGERS

**ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for October 20, 2006 at 9:00 a.m. be VACATED, and the matter continued until NOVEMBER 17, 2006 at 9:00 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule for the filing of objections to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | October 20, 2006 |
| Motion for correction of the pre-sentence report | November 3, 2006 |
| Reply, or statement of non-opposition | November 10, 2006 |

Dated: October 4, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

2