1  **ERIN RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant
   ARLINE MARIAN ROGERS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-cr-00497 |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING**; **PROPOSED ORDER** |
| vs. | |
| **ARLINE MARIAN ROGERS,** | |
| Defendant. | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through her undersigned counsel, hereby agree and stipulate that judgment and sentencing, currently scheduled for January 26, 2007 at 9:00 a.m., should be vacated and continued to February 23, 2007 at 9:00 a.m.

This continuance is necessary to allow Probation additional time to determine the final amount of restitution due.  Counsel has conferred with Probation Officer Wendy Reyes with regard to this matter and she has agreed that continuance until February 23, 2007 allows her adequate time to determine restitution.

Counsel for the government has no objection to the continuance and has authorized the signing of the stipulation.

/ / /

/ /

|   |   |
|---|---|
| Dated: January 24, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br><br>By: /s/ Michelle Rodriguez<br>MICHELLE RODGRIGUEZ<br>Assistant U.S. Attorney |
| Dated: January 24, 2007 | /s/ Erin Radekin<br>ERIN RADEKIN<br>Attorney for Defendant<br>ARLINE MARIAN ROGERS |

///

///

///

2

## **ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for January 26, 2007 at 9:00 a.m. be VACATED, and the matter continued until February 23, 2007 at 9:00 a.m. for judgment and sentencing.

Dated: January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge