1 **ERIN RADEKIN**
**Attorney at Law  - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331

4 Attorney for Defendant
ARLINE MARIAN ROGERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-cr-00497 |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING**; **PROPOSED ORDER** |
| vs. | |
| ARLINE MARIAN ROGERS, | |
| Defendant. | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through her undersigned counsel, hereby agree and stipulate that judgment and sentencing, currently scheduled for February 23, 2007 at 9:00 a.m., should be vacated and continued to March 9, 2007 at 9:00 a.m.

This continuance is necessary to allow Probation additional time to determine the final amount of restitution due.  Counsel has conferred with Probation Officer Wendy Reyes with regard to this matter and she has agreed that continuance until March 9, 2007 allows her adequate time to determine restitution.

Counsel for the government has no objection to the continuance and has authorized the signing of the stipulation.

/ / /

/ /

1
2  Dated: February 22, 2007						McGREGOR W. SCOTT
								United States Attorney
3								By: /s/Michlle Rodriguez
								MICHELLE RODGRIGUEZ
4								Assistant U.S. Attorney

5  Dated: February 22, 2007						 /s/Erin Radekin
								ERIN RADEKIN
6								Attorney for Defendant
								ARLINE MARIAN ROGERS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
							2

**ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for February 23, 2007 at 9:00 a.m. be VACATED, and the matter continued until March 9, 2007 at 9:00 a.m. for judgment and sentencing.

Dated: February 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge