**ERIN RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
ARLINE MARIAN ROGERS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-cr-00497 |
| ) | |
| Plaintiff, ) | **STIPULATION FOR CONTINUANCE** |
| ) | **OF JUDGMENT AND SENTENCING** |
| vs. ) | **AND MODIFICATION OF SCHEDULE** |
| ) | **FOR FILING OBJECTIONS TO** |
| ARLINE MARIAN ROGERS, ) | **PRESENTENCE REPORT;** |
| ) | **PROPOSED ORDER** |
| Defendant. ) | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through her undersigned counsel, hereby agree and stipulate that judgment and sentencing, currently scheduled for April 6, 2007 at 9:00 a.m. should be vacated and continued to April 13, 2007 at 9:00 a.m. and that the schedule for filing memorandum regarding credit for time served in state custody be modified as follows:

| | |
|---|---|
| Defense Memorandum re "Credit for Time Served" | March 21, 2007 |
| U.S. Response Memorandum, if any | March 28, 2007 |
| Defendant's Reply Memorandum, if any | April 2, 2007 |
| U.S. Probations Memorandum | April 9, 2007 |

This continuance is necessary because counsel for defendant is suffering a respiratory illness and needs additional time to prepare.

1 | Counsel for the government has no objection to the continuance and has authorized the
2 | signing of the stipulation.
3 |
4 |
5 | Dated: March 15, 2007                                  McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
6 |                                                        By:  /s/Michelle Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE RODRIGUEZ
7 |                                                        Assistant U.S. Attorney
8 | Dated: March 15, 2007                                   /s/ Erin Radekin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ERIN RADEKIN
9 |                                                        Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARLINE MARIAN ROGERS

2

## ORDER

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for April 6, 2007 at 9:00 a.m. be VACATED, and the matter continued until April 13, 2007 at 9:00 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule for memorandum regarding credit for time served in state custody be modified as follows:

| | |
|---|---|
| Defense Memorandum re "Credit for Time Served" | March 21, 2007 |
| U.S. Response Memorandum, if any | March 28, 2007 |
| Defendant's Reply Memorandum, if any | April 2, 2007 |
| U.S. Probations Memorandum | April 9, 2007 |

Dated:  March 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge